IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO


CLAUDE NGEFACK,

     Petitioner,

v.                                                                      No. 2:26-cv-441-KG-JFR

PAMELA BONDI, Attorney General of the United States;
SECRETARY, U.S. Department of Homeland Security;
MARY DE ANDA-YBARRA, El Paso Field Office Director,
Immigration and Customs Enforcement; TODD LYONS,
Acting Director of Immigration and Customs Enforcement; and
DORA CASTRO, WARDEN, Otero County Processing Center,

     Respondents.[1]


ORDER TO ANSWER

Before the Court is Petitioner's Petition for Writ of Habeas Corpus Pursuant to 28 U.S.C.

§ 2241 (Doc. 1), filed on February 17, 2026.   On February 19, 2026, the Court ordered

Petitioner to file an amended Section 2241 petition that includes more details about the status of

his immigration proceedings.   (Doc. 4).   Pursuant to the Court's Order, Petitioner filed a

"Statement of Facts" (Doc. 5) and an Amended Petition (Doc. 6).   Petitioner is detained at the

Otero County Processing Center in Chaparral, New Mexico and is proceeding *pro se*.   He states

he was taken into immigration custody on February 5, 2025, and received a removal order from

an Immigration Judge on October 1, 2025.   (Doc. 1) at 2, 4.   He filed an appeal of the removal

---

[1] The Court adds the above-mentioned parties as Respondents in this case.   *See Lowmaster v. Dir., Bureau of Prisons*, 2024 WL 5135970, at *1 (D. Kan. Dec. 17, 2024) ("the Court notes that it routinely substitutes the" proper parties as "respondent in habeas cases"); *Danderson v. Page*, 2024 WL 3913051, at *2 (E.D. Okla. Aug. 20, 2024) (substituting the proper party respondent in a habeas case).

order with the Board of Immigration Appeals (BIA) on October 28, 2025, and his appeal is pending. *Id.* at 2-3. Petitioner further states that he filed an I-914 application for T Nonimmigrant Status with the U.S. Citizenship and Immigration Services in February 2026, which is also pending. (Doc. 5) at 1.[2] Petitioner alleges he was unlawfully arrested, has not been provided adequate medical treatment in detention, and has not received a bond hearing. (Doc. 1) at 5-6, 11; (Doc. 5) at 1. Petitioner seeks release from immigration detention. (Doc. 1) at 7, 11.

Having conducted an initial review of the Petition, Statement of Facts, and Amended Petition, the Court will order Respondents to answer the Petition. Petitioner alleges he has not been provided a bond hearing under 8 U.S.C. § 1226, and it does not appear that he is being detained pursuant to a final order of removal. The USAO's answer must apprise the Court of the statutory authority Respondents believe permit Petitioner's detention and explain why continued detention is justified, including the effect of Petitioner's I-914 application on his detention status.

The Clerk's Office has electronically served a copy of the petition in this matter on all federal respondents by Notice of Electronic Filing (NEF) using the Case Management and Electronic Case Filing (CM/ECF) system. *See* (Doc. 3). The United States Attorney's Office (USAO) shall answer the Petition within ten (10) business days of entry of this Order and show cause why the requested relief should not be granted. *See* Habeas Rules 1(b), 4 (courts have discretion to set a time for respondents to answer a habeas petition). Petitioner may file an optional reply within ten (10) business days after the answer brief is filed.

---

[2] Form I-914, Application for T Nonimmigrant Status, enables victims of severe human trafficking to remain in the United States under certain circumstances. *See* 8 C.F.R. 214.11; *see also* 8 U.S.C. § 1101(a)(15)(T) (explaining T visas are a form of relief available to victims of human trafficking and their dependents).

IT IS THEREFORE ORDERED that:

1.  The United States Attorney's Office must answer the Petition within ten (10) business days of entry of this Order and show cause why the requested relief should not be granted;

2.  If Petitioner wishes to file an optional reply, he must do so within ten (10) business days after Respondents' response is filed; and

3.  The Clerk's Office shall add the additional party Respondents set forth in the caption of this Order to the docket of this case.

/s/Kenneth J. Gonzales_____ _____
CHIEF UNITED STATES DISTRICT JUDGE

- Please note that this document has been electronically filed. To verify its authenticity, please refer to the Digital File Stamp on the NEF (Notice of Electronic Filing) accompanying this document. Electronically filed documents can be found on the Court's PACER public access system.